UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER, | CASE NO. CV 09-6168-AHM (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MIKE MCDONALD, | |
| Respondent. | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 9/1/09 .

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE